```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ALEXANDER ANLIN WANG            :        CIVIL ACTION
                                :
       v.                       :
                                :
BRIAN GRESS, et al.             :        NO. 18-2857
```

ORDER

AND NOW, this 7th day of November, 2019, it is hereby ORDERED that the motion of defendant for summary judgment (Doc. # 26) is DENIED on the ground that genuine issues of material fact exist.

BY THE COURT:


/s/ Harvey Bartle III
                                                    J.